UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2302

S.A.S.B. CORP, a Florida corporation, individually and as representative of a class of similarly situated persons, DBA Okeechobee Discounts Drugs,
Appellant

v.

JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC; JANSSEN PHARMACEUTICALS INC

(D.N.J. No. 3:23-cv-21124)

Present: HARDIMAN, SCIRICA and AMBRO, *Circuit Judges*

1. Motion filed by Appellees Janssen Pharmaceuticals Inc and Johnson & Johnson Health Care Systems Inc to strike Letter dated 03/24/2026, filed pursuant to Rule 28(j) from counsel for Appellant S.A.S.B. Corp. (Docket Entry No. 34).

2. Response filed by Appellant S.A.S.B. Corp.

3. Reply filed by Appellees Janssen Pharmaceuticals Inc and Johnson & Johnson Health Care Systems Inc.

Respectfully,

Clerk/lmr

_____ORDER_____

The foregoing Motion filed by Appellees Janssen Pharmaceuticals Inc and Johnson & Johnson Health Care Systems, Inc. to strike Letter dated 03/24/2026, filed pursuant to Rule 28(j) from counsel for Appellant S.A.S.B. Corp. (Docket Entry No. 34) is denied as moot.

By the Court,

s/Thomas L. Ambro
Circuit Judge

Dated: August 7, 2026
Lmr/cc: All Counsel of Record